NATA BOB
ATTN: Clerk of Court.
A# 73-650-165
160 Elm St, Greenfield, MA. 01301
29th Dec 2003

Sir,

REF:- MOTION TO AMMEND AND EXPAND HABEAS CORPUS ATTACHED: C. CASE NO: 3:02 CV 02093 (AVC)

PLEASE FILE ABOVE MENTIONED MOTION AND REQUEST COURT TO ASK THE RESPONDENT(S) TO RESPOND, WHY THE PETITIONER'S PRAYED RELIEF SHOULD NOT BE GRANTED.

PETITIONER'S REASONS FOR CLERK'S SUPERVISION ARE:- (1) PETITIONER DID NOT FILE ANY MOTION FOR STAY OF DEPORTATION. (2) HE IS BEING HELD (7) MONTHS (210 DAYS) AFTER THE 90 DAYS REASONABLE FORE SEEABLE FUTURE OF REMOVAL EXPIRED. (3) THE CASE IS STILL PENDING BEFORE THE HONOURABLE COURT. (4) THERE IS NO REASONABLE CAUSE FOR RESPONDENT(S) TO PROLONG HIS DETENTION AND/OR DELAY HIS RELEASE TO NEW YORK WHERE HE RESIDED AND WORKED, AGAINST HIS CORE LIBERTY INTEREST TO BE FREE FROM BODILY RESTRAINT UNDER THE ZADVYDAS Vs DAVIS MEMORANDUM OF LAW.

YOUR'S TRULY
PETITIONER NATA BOB
Sgn

To Clerk of Courts
450 Main St
Hartford
CT 06103

CERTIFICATE OF SERVICE

THIS TO CERTIFY THAT A COPY OF THE FORGOING HAS BEEN SENT TO Atteny LISA PERKINS By LEGAL Mail ON THE 29th Dec. 2003 AT

450 MAIN ST.
HARTFORD, CT.
06103

Yours Truly
NATA BOb

*[signature]*