NATA S. BOB
PETITIONER

VS

INS AND ATTNY.
GENERAL, JOHN ASHCROFT
RESPONDENTS

OSBORN C.I.,
SOMERS, CT. 06071
MAY 14th 2003

CASE # 3:02 CV 02093 (AVC)

## PETITIONER'S MOTION TO AMMEND AND EXPAND HABEAS CORPUS PETITION.

PETITIONER, NATA BOB, HEREBY RESPECTFULLY REQUEST FROM THE COURT, TO AMMEND AND EXPAND THE ABOVE MENTIONED MOTION FOR THE PURPOSE OF TENDING CORRESPONDENCES REQUESTING RELIEF FROM CONTINUED UNCONSTITUTIONAL DETENTION/CUSTODY BY RESPONDENTS.

UNACCOUNTED DOCUMENTS,
ALTHOUGH PETITIONER CHALLENGES HIS CHARGES AND CUSTODY AND DONT WANT TO GO BACK TO HIS NATIVE COUNTRY, HE COOPERATED WITH INS OFFICERS BY SIGNING ALL DOCUMENTS TO ENABLE INS TO OBTAIN TRAVEL DOCUMENTS FOR HIM, WITHIN THE STATUTORY REQUIRED TIME LIMITS REQUIRED

3:02cv2093(AVC). January 13, 2003. As the court does not have subject matter jurisdiction to hear this matter, the motion is denied.

SO ORDERED.

Alfred V. Covello, U.S.D.J.