NATA S. BOB
 X  V
INS. AND JOHN ASHCROFT,
ATTY. GENERAL
RESPS.

NATA BOB #264728
OSBORN C.I., SOMERS
CT. 06071

3rd JUNE 2003

Sir/Ma,

CIVIL CASE N°: 3:02 CV 02093 (AVC)

REQUEST FOR DOCUMENTS PURSUANT TO F.R.C.P. 26-3

PETITIONER RESPECTFULLY REQUESTS THROUGH RESPONDENTS' ATTORNEY THE FOLLOWING DOCUMENTS:- ① PETITIONER'S SON'S BIRTH CERTIFICATE IN THE NAME - CHE YASIN BOB AND ② PETITIONER'S REQUEST LETTER TO THE INS. THESE DOCUMENTS ARE FOUND IN PETITIONER'S INS FILE WHICH IS IN THE INS PROSECUTOR'S POSSESSION.
THESE DOCUMENTS SERVE AS THE PRIMARY EVIDENTIARY EXHIBITS IN THE PETITIONER'S CASE WHICH THE RESPONDENTS REFUSED TO RELEASE TO THE PETITIONER.

YOURS TRULY PETITIONER,
NATA BOB

Pet. Sign,

3:02cv2093 (AVC). January 13, 2003. As the court does not have subject matter jurisdiction to hear this matter, the motion is denied.

SO ORDERED.

Alfred V. Covello, U.S.D.J.