NATH V BOB; V2

OSBORN C-1; SOMERS.

INS AND JOHN ASHCROFT,
ATTY GEN. (REP.)

CT. 06071

July 7TH 2003

CIVIL CASE No: 3:02 093 (AVC)

MOTION TO RELEASE SUPPRESSED SCULPTORY EVIDENCES

PETITIONER REQUESTS THAT, THE COURT ORDER COURT AWARE THAT RESPONDENTS' ATTORNEY ATTY. LISA E. PERKINS REFUSED TO RELEASE THE FOLLOWING DOCUMENTS TO THE PETITIONER UPON HIS MOTION. THE DOCUMENTS ARE PETITIONER'S REQUEST LETTER AND SON'S BIRTH CERTIFICATE (CHE Y. BOB) SENT TO THE INS AFTER HIS VISA EXPIRED.

INS SPECIAL COUNSEL ATTY ROBERT BINGHAM UPON INS JUDGE'S QUESTION TO HIM WHETHER PETITIONER'S CLAIM THAT HE SENT THE SAID DOCUMENTS TO INS IS TRUE REPLIED, THERE IS A LETTER AND BIRTH CERTIFICATE. (HON JUDGE MICHAEL STARUS ON THE 12TH JUNE 2002.

PETITIONER ARGUES THAT ATTY PERKINS REFUSED DELIBERATELY TO RELEASE THE DOCUMENTS AS THEY MIGHT CHANGE THE OUT COME OF THE CASE AS HE IS CHARGED AND IF THESE DOCUMENTS WERE EXHIBITED PETITIONER MIGHT NOT HAVE

---

3:02cv02093 (AVC). January 13, 2003. As the court does not have subject matter jurisdiction to hear this matter, the motion is denied.

SO ORDERED.

Alfred V. Covello, U.S.D.J.