UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

NATA S. BOB

2004 JAN 16 A 11: 53

V.                                    CASE NO. 3:02CV02093(AVC)
                                                          *DISTRICT COURT*
                                                          *HARTFORD, CT.*

IMMIGRATION & NATURALIZATION
SERVICE and JOHN ASHCROFT, Attorney General
of the United States

JUDGMENT

This action having been commenced by a petition for writ of habeas corpus and having

been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the full record of the case, including applicable principles of

law, and having filed its endorsement on January 14, 2004 denying the petition for writ of habeas

corpus; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered

dismissing the petition for writ of habeas corpus.

Dated at Hartford, Connecticut, this 16th day of January, 2004.

KEVIN F. ROWE, Clerk

By:_____Jo-Ann Walker_____
Jo-Ann Walker
Deputy Clerk

EOD: _____