NATA BOB - PETITIONER (Pro-se)          NATA BOB #264728
       vs                                A. No: 73-650-165
INS/H.L. DEPT AND ATTY. GEN.            160 ELM STREET,
JOHN ASHCROFT.                           GREENFIELD, MA. 01301
RESPONDENT(S)                            16th JANUARY 2004

                    INS CASE NO: 02 CV 2093 (AVC)
                    WRIT OF HABEAS CORPUS

ATTN: CLERK OF COURT,

              NOTICE TO/OF FILE AN APPEAL AGAINST U.S.D. COURT JUDGE'S DECISION ON PETITIONER'S WRIT OF HABEAS CORPUS PETITION. EFFECTIVE IMMEDIATELY, PETITIONER RESPECTFULLY REQUESTS THE HONOURABLE CLERK OF COURT TO FILE AN APPEAL IN ABOVE CAPTIONED MATTER AND PLEASE SEND ALL NECESSARY DOCUMENTS TO ENABLE PETITIONER TO PROCEED ARGUMENT(S) TO THE SECOND (2ND) CIRCUIT COURT.

                              YOURS TRULY
                    PETITIONER NATA BOB (Pro.se)

             Sign - Nata Bob