SDSD District Version 1.3 - Docket Report https://ecf.ctd.circ2.dcn/cgi-bin/DktRpt.pl?715663623046880-L_795_0-1

**INS, CLOSED, APPEAL**

FILED
Feb 17

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE #: 3:02-cv-02093-AVC**
**Internal Use Only**

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF ... ENTRIES ... AND VOLUME(S) ORIGINAL RECORD. 1
DATE: 1-27-04 ys.
Roseann B. MacKechnie
CLERK, U.S.C.A.

Bob v. INS, et al
Assigned to: Alfred V. Covello
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 11/26/02
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Nata S. Bob** represented by **Nata S. Bob**
Inmate 264728
160 Elm St.
Greenfield, MA 01301
PRO SE

V.

**Defendant**

**INS** represented by **Lisa E. Perkins**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax : 860-240-3291
Email: lisa.perkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Ashcroft**, *Atty Gen* represented by **Lisa E. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/26/2002 | 1 | PETITION for writ of habeas corpus (Candee, D.) (Entered: 11/26/2002) |

1 of 4 1/2?/200? ?:53 AM